IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| FRED RUNYON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 105-142 |
| | ) |
| MADONNA LITTLE, A/D/A/, and | ) |
| DANIEL CRAIG, Head D.A., | ) |
| | ) |
| Defendants. | ) |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff is **DENIED** permission to proceed *in forma pauperis* and this action is **DISMISSED** without prejudice.

SO ORDERED this 19th day of October, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE